AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 07-MJ-906

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROLANDO MERCEDES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/12/2007 | *(signature)* |
| Date | Signature |
| | DAVID J. GOLDSTEIN |
| | Print Name — Bar Number |
| | 888 GRAND CONCOURSE |
| | Address |
| | BRONX — NY — 10451 |
| | City — State — Zip Code |
| | (718) 665-9000 — (718) 665-9147 |
| | Phone Number — Fax Number |